ACCEPTED
03-15-00068-CR
4902952
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/15/2015 3:16:41 PM
JEFFREY D. KYLE
CLERK

Cause No. _____

IN THE THRID COURT OF APPEALS

KARL STAHMANN
Appellant

§
§
§
V.                                    §
§
§
§
THE STATE OF TEXAS                    §

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/15/2015 3:16:41 PM
JEFFREY D. KYLE
Clerk

03-15-00068-CR

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF THE THIRD COURT OF APPEALS:

COMES NOW APPELLANT, KARL STAHMANN, by and through his undersigned counsel, and pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, requests an extension of time to file appellant's brief. In support of this motion, Appellant submits the following:

**I.**

The deadline for filing Appellant's Brief is March 30, 2015. T.R.A.P. 4.1(a).

**II.**

Appellant requests an extension of sixty (60) days in which to file his Appellant's Brief. T.R.A.P. 68.2(c).

## III.

Undersigned counsel was actively preparing for a jury trial, namely: *The State of Texas v. Xavier Harper* (CR-14-0270).   Counsel was in a jury trial on March 8-13, 2015 in *The State of Texas v. Audrina Torres* (C-1-CR-14-211696). Undersigned counsel was also actively in a Motion to Suppress Hearing on three separate occasions for *The State of Texas v. Christi Lane* (D-1-DC-13-205887, D-1-DC-13-302070 and D-1-DC-14-300739).

## PRAYER

Wherefore, premises considered, undersigned counsel prays for this Court to extend the time for filing Appellant's brief as sixty days from April 15, 2015, which would make the brief due on Friday, June 12, 2015.

Respectfully submitted,

**CHARLES F. BAIRD**
SBN #00000065
**BAIRD FARRELLY, PLLC**
2312 Western Trails Blvd, Suite 102-A
Austin, Texas 78745
Tel: 512-804-5911
Fax: 512-804-5919
Email: jcfbaird@gmail.com
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion was provided to the Comal County District Attorney and the State Prosecuting Attorney on April 15, 2015, *via* fax at (830) 608-2008.

*Charles F. Baird*

**CHARLES F. BAIRD**